**LYNCH CARPENTER LLP**
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Scott G. Braden (CA 305051)
scott@lcllp.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone:  619.762.1910
Facsimile:   619.756.6991

*Attorneys for Plaintiff and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIMIE HERNANDEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RETAIL ECOMMERCE VENTURES LLC, a Delaware Limited Liability Company, and DOES 1- 50, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00834-JWH-KK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITHOUT** prejudice by Plaintiff Jaimie Hernandez pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: March 8, 2023                **LYNCH CARPENTER, LLP**

                                By: */s/ Todd D. Carpenter*
                                    Todd D. Carpenter (CA 234464)
                                    todd@lcllp.com
                                    Scott G. Braden (CA 305051)
                                    scott@lcllp.com
                                    1350 Columbia St., Ste. 603
                                    San Diego, California 92101
                                    Telephone:  (619) 762-1900
                                    Facsimile:   (619) 756-6991

                                    *Attorneys for Plaintiff and Proposed Class Counsel*